# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

_____

KURT MADSEN,

                Petitioner,

      v.                         Civil Action No. 14-1716 (RMC)

WILLIAM SMITH,

                Respondent.

_____

## MEMORANDUM OPINION

On December 10, 2014, the United States of America, by counsel, filed a motion to dismiss the petition for a writ of habeas corpus [Dkt. 8].  In its January 5, 2015 Order, the Court advised Petitioner of his obligations under the Federal Rules of Civil Procedure and the local rules of this Court to respond to the motion.   Specifically, the Order warned Petitioner that, if he failed to file an opposition or other response to the motion by February 6, 2015, the Court would treat the motion as conceded, summarily deny the petition and dismiss the case.  To date, Petitioner has not filed an opposition, requested more time to file an opposition, or advised the Court of any change of address.  The Court, therefore, will grant Respondent's motion as conceded and will dismiss the case without prejudice.

An Order is issued separately.


Date:  February 20, 2015               _____/s/_____
                              ROSEMARY M. COLLYER
                              United States District Judge