# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

_____
                                    )
KURT MADSEN,                        )
                                    )
            Petitioner,             )
                                    )
    v.                              )   Civil Action No. 14-1716 (RMC)
                                    )
WILLIAM SMITH,                      )
                                    )
            Respondent.             )
_____)

## ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that Order Directing Respondent to Show Cause [Dkt. 3] is **DISCHARGED**; it is further

**ORDERED** that the United States' Motion to Dismiss Petitioner's Petition for a Writ of Habeas Corpus [Dkt. 8] is **GRANTED** as conceded; it is further

**ORDERED** that the Petition for a Writ of Habeas Corpus [Dkt. 1] is **DENIED**; it is further

**ORDERED** that this civil action is **DISMISSED** without prejudice; and it is further

**ORDERED** that the Clerk of Court shall mail a copy of this Order to Kurt Madsen, c/o Bread of Life Mission, 97 South Main Street, Seattle, Washington, 98104.

Date:  February 20, 2015                   _____/s/_____
                                           ROSEMARY M. COLLYER
                                           United States District Judge