

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

RECEIVED
APR 27 2015
Clerk, U.S. District and
Bankruptcy Courts

| KURT MADSEN, Petitioner, | Civil Action No. 14-01716 (RMC) |
|---|---|
| V | MOTION FOR CM/ECF PASSWORD |
| WILLIAM SMITH, Respondent. | |

I, Kurt Madsen, am the Petitioner, in the above-entitled matter; I am self-represented, in this matter, which was originally mailed on or about August 25, 2014. From the District of Columbia "Corrections" Facility in Washington D.C. Operated by the respondent.

I am self-represented in the United States District Court for Western Washington and the United States Court of Appeals for the Ninth Circuit.

I am registered to file electronically in both United States Courts, I am also a registered PACER user.

On March 20, 2015, I became aware of the February 20, 2015 dismissal. I immediately filed;

1

Document 12 Filed 03/27/15 Page 1 of 14

*Let this be filed RMC 3/27/15*

"MOTION FOR RECONSIDERATION AND WITHDRAW OF DISMISSAL.

AFFIDAVIT

REQUEST FOR SERVICE USA

CHANGE OF ADDRESS

MADSEN.APPELLANT@GMAIL.COM

AVAILABLE THROUGH PACER"

It was written by hand and submitted via United States Postal Service, on March 21, 2015.

Which was immediately approved for filing, according to the "snap-shot" on the motion, which indicates 3/27/15, according to the docket entry, the motion was subsequently filed on that date.

It is rather odd the original petition was submitted to the Court on August 25, 2015. However, not docketed until October 10, 2015.

Yet received by the Court on;



RECEIVED
Mail Room

SEP - 8 2014

Angela D. Caesar, Clerk of Court
U.S. District Court, District of Columbia

2

As date stamped on original.

As indicated in Dkt. 12, I called the Court daily, and then received an email from Michael Darby whom claimed to be the one whom would receive such a pleading an he then sent the following email. {Appendix A} email chain.

> **Michael_Darby@dcd.uscourts.gov** <Michael_Darby@dcd.uscourts.gov>    Wed, Sep 10, 2014 at 2:11 PM
> To: madsen.appellant@gmail com
>
> Good evening
>
> After carefully searching I'm sorry
> to inform you that I didn't find your
> original habeas that you filed I'm
> sincerley sorry Per our conversation,
> just make sure that you put my name
> on the envelope when you send
> the next habeas out to me Thank
> you, and once again I do apologize
> ---- Forwarded by Michael Darby/DCD/DC/USCOURTS on 09/10/2014 05:07 PM

> **madsen.appellant@gmail.com** <madsen.appellant@gmail.com>    Thu, Sep 11, 2014 at 8:08 AM
> To: "Michael_Darby@dcd uscourts gov" <Michael_Darby@dcd.uscourts.gov>
>
> Mike,
> Thanks for the form, however, I don't believe I'll use it considering my First Amendment Rights are no longer abridge.
>
> I don't know how my original application was lost.
> Can the Court conduct an investigation?
> Perhaps other people incarcerated at the DC DOC have had their pleadings confinscated...
> It's hard to imagine the area discribed in Article 1 section 8 clause 17 is corrupted.
> Perhaps the only court to resolve my issues is SCOTUS???
>
> Thanks again for the effort.
> Have a nice day...
>
> Kurt

Corruption is very hard to prove, however, how would one define such an event?

I traveled to the Capitol of the United States Government, in an effort to seek a sanctuary against the corruption from the Teamsters Union, which was hindering and oppressing my rights, unbeknownst at the time Washington D.C. is the Capitol of the Teamsters Union.

The events from receiving the email from the clerk and my subsequent arrest at the Law Library of Congress on September 13, 2014 through December 10, 2014 are reserved upon approval of this "MOTION FOR CM/ECF PASSWORD"

However, it should be noted that a Teamsters Union officer had given me "permission" on December 9, 2014, to return to my hometown in Kent, King County Washington.

Only to deny the "approval" the next day, and the address the United States Attorney claims to have received was not an "approved" address to live, therefore, how can the address be "approved" to receive mail through the United States Postal Service?

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the United States' Motion has been filed electronically with the Court and served by first-class mail on the petitioner, Kurt Madsen, c/o, Bread of Life Mission, 97 South Main Street, Seattle Washington, 98104, this 10th day of December, 2014

s/ Sherri L Berthrong
Sherri L Berthrong
Assistant United States Attorney

Moreover, on December 10, 2014, when this "CERTIFICATE OF SERVICE" was declared, was the day after, I was informed by Richard Wootress, a Teamsters Union "corrections" officer, he was going to inform the United States Marshals and a United States Attorney, whom wanted to know my whereabouts.

Sherri Berthrong Assistant may have committed fraud.

She could have just as easily searched PACER or the United States District Court for Western Washington of the Ninth Circuit for my email address. Instead of waiting until I was no longer living at a homeless shelter not "approved" as a resident living location to mail legal documents.

I would like to have an opportunity to respond in an equal effective way to the United States District Court through ECF.

I have made several pleadings in the United States District Court in Washington and the Ninth Circuit electronically.

It is a hardship for me to use the United States Postal Service.

In fact my pleading to the Supreme Court of the United States was oppressed, while in Washington D.C., due to the Supreme Court not accepting electronic filings, demanding

paper documents be delivered at the security station in the back of the Marble Building, send through courier, or use USPS.

I am requesting approval of the forms filed with the District Court to obtain equal access to the Court. { EMAIL CHAIN Appendix B} {ECF FORM APPENDIX C}
I did not understand why I was denied access until after reading APPENDIX D which I request a waiver from.

I, Kurt Madsen, the Petitioner, swear under the penalty of perjury, that I currently have access to devices and the internet, until oppressed by the Teamsters Union, I swear to the limited facts contained in this pleading as true, I further declare under the penalty of perjury, the United States Attorney was served a copy of this pleading via email.

Sherri.Berthrong@usdoj.gov

April 27, 2015    s/Kurt Madsen

Madsen.appellant@gmail.com



# APPENDIX A 1 OF 3

Kurt Madsen <madsen.appellant@gmail.com>

## Fw: Attached Image Regarding New Habeas Corpus
8 messages

---

**Michael_Darby@dcd.uscourts.gov** <Michael_Darby@dcd.uscourts.gov>                Wed, Sep 10, 2014 at 2:11 PM
To: madsen.appellant@gmail.com

Good evening.

After carefully searching I'm sorry
to inform you that I didn't find your
original habeas that you filed. I'm
sincerley sorry. Per our conversation,
just make sure that you put my name
on the envelope when you send
the next habeas out to me. Thank
you, and once again I do apologize.
----- Forwarded by Michael Darby/DCD/DC/USCOURTS on 09/10/2014 05:07 PM

From:   scanner6055@dcd.circdc.dcn
To:     "Mike Darby" <michael_darby@dcd.uscourts.gov>
Date:   09/10/2014 05:06 PM
Subject: Attached Image


(See attached file: 3464_001.pdf)

📎 **3464_001.pdf**
694K

---

**madsen.appellant@gmail.com** <madsen.appellant@gmail.com>                       Thu, Sep 11, 2014 at 8:08 AM
To: "Michael_Darby@dcd.uscourts.gov" <Michael_Darby@dcd.uscourts.gov>

Mike,
Thanks for the form, however, I don't believe I'll use it considering my First Amendment Rights are no longer
abridge.

I don't know how my original application was lost.
Can the Court conduct an investigation?
Perhaps other people incarcerated at the DC DOC have had their pleadings confinscated...
It's hard to imagine the area discribed in Article 1 section 8 clause 17 is corrupted.
Perhaps the only court to resolve my issues is SCOTUS???

Thanks again for the effort...
Have a nice day...

Kurt
Sent from my Verizon 4G LTE Smartphone

**Kurt Madsen** <madsen.appellant@gmail.com>                                           Mon, Apr 6, 2015 at 2:14 PM
To: "Michael_Darby@dcd.uscourts.gov" <Michael_Darby@dcd.uscourts.gov>

Mike,

What date was Madsen v Smith No. 14-1716 (RMC) filed?      **APPENDIX A** 2 OF 3

I mailed a motion for reconsideration on March 20, 2015, while in custody at the local jail. Did the court receive the motion?

Thanks

Kurt
[Quoted text hidden]
--
*Kurt Madsen,*

*Madsen.appellant@gmail.com*

---

**Michael_Darby@dcd.uscourts.gov** <Michael_Darby@dcd.uscourts.gov>                    Mon, Apr 6, 2015 at 2:19 PM
To: Kurt Madsen <madsen.appellant@gmail.com>

14-1716 was filed on 10/10/2014.

Yes we do have your motion for
reconsideration. That was filed
on 3/27/2015. Judge Collyer has
not ruled on this motion.

| From | Kurt Madsen <madsen.appellant@gmail.com> |
|---|---|
| To | "Michael_Darby@dcd.uscourts.gov" <Michael_Darby@dcd.uscourts.gov> |
| Date | 04/06/2015 05:14 PM |
| Subject | Re. Attached Image Regarding New Habeas Corpus |

[Quoted text hidden]

---

**Kurt Madsen** <madsen.appellant@gmail.com>                                           Mon, Apr 6, 2015 at 2:22 PM
To: Michael_Darby@dcd.uscourts.gov

Can you send a PDF of the filing?

If not, is it the "lost" pleading you were trying to locate for me?
[Quoted text hidden]
--
*Kurt Madsen,*

*Madsen.appellant@gmail.com*

---

**Michael_Darby@dcd.uscourts.gov** <Michael_Darby@dcd.uscourts.gov>                    Mon, Apr 6, 2015 at 2:30 PM
To: Kurt Madsen <madsen.appellant@gmail.com>

Okay I'm lost now. Is 14-1716
the case we were inquiring
about all along as far as
the status of your case?

If so then everything is okay.
You just have to wait for the
ruling on your motion. If you
want copies of your documents,
then go on www.pacer.gov
to get printouts.

# APPENDIX A 3 OF 3

From     Kurt Madsen <madsen.appellant@gmail.com>
To       Michael_Darby@dcd.uscourts.gov
Date     04/06/2015 05:22 PM
[Quoted text hidden]

---

**Kurt Madsen** <madsen.appellant@gmail.com>                     Mon, Apr 6, 2015 at 2:53 PM
To: Michael_Darby@dcd.uscourts.gov

Okay, thanks...
However, my PACER account is deactivated because I am unable to pay the bill.
[Quoted text hidden]
--
*Kurt Madsen,*

*Madsen.appellant@gmail.com*

---

**Michael_Darby@dcd.uscourts.gov** <Michael_Darby@dcd.uscourts.gov>     Mon, Apr 6, 2015 at 2:59 PM
To: Kurt Madsen <madsen.appellant@gmail.com>

I cannot send you a copy
of your entire filing unless
you agree to pay the court.
There are fees involved
even though this is your case.
I cannot give you free documents.

From     Kurt Madsen <madsen.appellant@gmail.com>
To       Michael_Darby@dcd.uscourts.gov
Date     04/06/2015 05:53 PM
[Quoted text hidden]



# APPENDIX B 1 OF 2

Kurt Madsen <madsen.appellant@gmail.com>

## Madsen v Smith 14-1716 (RMC)
5 messages

**Kurt Madsen** <madsen.appellant@gmail.com>  Sun, Apr 12, 2015 at 1:26 PM
To: ecf_login@dcd.uscourts.gov

Dear Clerk,
Attached is the ECF registration form.

I was unable to insert my electronic signature in the line designed on the form, I was also unable to access Adobe Acrobat from this computer, to edit the PDF myself, therefore, I improvised, if there's a problem let me know.

Addition, can I obtain a connection for a free download of the pleadings filed in this case and the email address of the United States Attorney?

Thank you,
Enjoy You Day...

--
*Kurt Madsen,*

Madsen appellant@gmail com

📎 **ECFRegistrationForm2011FILLABLE.pdf**
   61K

---

**ECF_login@dcd.uscourts.gov** <ECF_login@dcd.uscourts.gov>  Mon, Apr 13, 2015 at 6:54 AM
To: Kurt Madsen <madsen.appellant@gmail.com>

The form is blank. Please fill it out and print it to PDF. Feel free to print out the form and fill in by hand, then you can either scan in or fax in.

Thanks,
Tiffany



From:    Kurt Madsen <madsen.appellant@gmail.com>
To:      ecf_login@dcd.uscourts.gov
Date:    04/12/2015 04:27 PM
Subject: Madsen v Smith 14-1716 (RMC)
[Quoted text hidden]
Madsen.appellant@gmail.com[attachment "ECFRegistrationForm2011FILLABLE.pdf" deleted by Tiffany Gough/DCD/DC/USCOURTS]

---

**Kurt Madsen** <madsen.appellant@gmail.com>  Mon, Apr 13, 2015 at 7:38 AM
To: ECF_login@dcd.uscourts.gov

Not sure what happened there, I believe I went back and edited the e signature which I was unable to add.

It really doesn't matter at this point since a new one is attached.

# APPENDIX B 2 OF 2

I apologize for the error, have a nice day...

Kurt
[Quoted text hidden]

--
*Kurt Madsen,*

*Madsen appellant@gmail.com*

📎 **14-1716 RMC ECF Registration Form.pdf**
   116K

---

**ECF_login@dcd.uscourts.gov** <ECF_login@dcd.uscourts.gov>                    Mon, Apr 13, 2015 at 9:02 AM
To: Kurt Madsen <madsen.appellant@gmail.com>

On second look, I do not see that you are granted by the court to file
electronically. If you are pro se, you have to motion the court for
permission to file electronically, then, if granted, I will send you a
letter outlining a tutorial that you must watch and a registration form.

Thanks. You have a great day also!
Tiffany



From:   Kurt Madsen <madsen.appellant@gmail.com>
To:     ECF_login@dcd.uscourts.gov
Date:   04/13/2015 10:38 AM
Subject:        Re: Madsen v Smith 14-1716 (RMC)
[Quoted text hidden]
Madsen.appellant@gmail.com[attachment "14-1716 RMC ECF Registration
Form.pdf" deleted by Tiffany Gough/DCD/DC/USCOURTS]

---

**Kurt Madsen** <madsen.appellant@gmail.com>                                  Mon, Apr 13, 2015 at 12:17 PM
Draft To: ECF_login@dcd.uscourts.gov

Send the plea
[Quoted text hidden]
--
*Kurt Madsen,*

*Madsen appellant@gmail.com*

# United States District Court
# For The District of Columbia

## ELECTRONIC CASE FILES
### ATTORNEY/PARTICIPANT REGISTRATION FORM

#### LIVE SYSTEM

This form shall be used to register for an account on the Court's Electronic Case Files (ECF) system. Registered attorneys and other participants will have privileges both to electronically submit documents, and to view and retrieve electronic docket sheets and documents for all cases assigned to the Electronic Case Files system.

The following information is required for registration:
If you are appointed pro bono or pro hac vice, please provide the case number:

___MADSEN V SMITH 14-1716 (RCM)_____

First Name/Middle Initial/Last Name:  ___Kurt Randal Madsen_____

Last four digits of Social Security Number: ___5643_____

DC Bar ID#: _____

Firm Name: _____

Firm Address: _____

_____

Voice Phone Number ___202-753-7328_____

FAX Phone Number: _____

Internet E-Mail Address:  ___madsen.appellant@gmail.com_____

By submitting this registration form, the undersigned agrees to abide by the following rules:

1. This system is for use only in cases permitted by the **U.S. District Court for the District of Columbia.** It may be used to file and view electronic documents, docket sheets, and notices. Please visit the Court's ECF Internet Website to schedule training.

2. Pursuant to Federal Rule of Civil Procedure 11, every pleading, motion, and other paper (except list, schedules, statements or amendments thereto) shall be signed by at least one attorney of record or, if the party is not represented by an attorney, all

papers shall be signed by the party. An attorney's/participant's password issued by the court combined with the user's identification, serves as and constitutes the attorney's/participant's signature. Therefore, an attorney/participant must protect and secure the password issued by the court. If there is any reason to suspect the password has been compromised in any way, it is the duty and responsibility of the attorney/participant to immediately notify the court. This should include the resignation or reassignment of the person with authority to use the password. The Court will immediately delete that password from the electronic filing system and issue a new password.

3. An attorney's/participant's registration will not waive conventional service of a summons and complaint, subpoena, or other judicial process; submit the client to the jurisdiction of the Court; or operate as a consent to accept service of pleadings, documents, and orders in actions in which such attorney/participant has not entered an appearance. An attorney's/participant's registration will constitute a waiver in law only of conventional service of other non-process pleadings, documents, and orders in the case. The attorney/participant agrees to accept, on behalf of the client, service of notice of the electronic filing by hand, facsimile or authorized e-mail.

4. Upon receipt of your login and password, you are strongly encouraged to change your password, which may be done through the Utilities function, to a name easily recalled. You may be subjected to a fee, should the Clerk's Office have to create a new password for you, or alternatively, you may be required to appear in person to receive your new password.

5. Attorneys must be active members of the bar of this Court, or government attorneys who are employed or retained by the United States, or who have been permitted to proceed pro hac vice, must file pleadings electronically.

6. Whenever a filer's e-mail address changes, the user agrees to update their ECF profile to show the new e-mail address. The system is robust enough to permit counsel to change their own e-mail address within the ECF System. Effective December 9, 2008, pursuant the directions from the Court's Information Technology Committee, the Clerk's Office will no longer monitor bounced e-mails.

7. Login & Passwords will be issued within 48 business hours of being received in the Clerk's Office.

Please return this form via E-mail: ecf_login@dcd.uscourts.gov
Fax: Files & Intake (202) 354-3524
or Mail: U.S. District Court for the District of Columbia
Attn: Attorney Admissions
333 Constitution Avenue NW, Room 1225
Washington, DC 20001

Applicant's Signature: _s/Kurt Madsen_

| Madsen | K | 5643 |
|---|---|---|
| Full Last Name | Initial of First Name | Last 4 Digits SS# |

# APPENDIX D 1 OF 2

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| [Plaintiff], ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v.  ) | Civil Action No. [Case Number] (RMC) |
| ) | |
| [Defendant], ) | |
| ) | |
| Defendant. ) | |

### Standing Order for Civil Cases Directing Counsel to Register for Electronic Case Filing[1]

As stated in LCvR 5.4, all documents to be filed with the Court, *except in Under Seal cases*,[2] must be filed utilizing the Case Management/Electronic Case Filing ("CM/ECF") system,[3] and all counsel must maintain a Public Access to Court Electronic Records ("PACER" (www.pacer.psc.uscourts.gov)) account to view dockets and documents. Accordingly, it is hereby

---

[1] Effective January 5, 2004, for all civil cases.

[2] *Documents in cases that are Under Seal must be filed in person, in paper form (original and one paper copy). A floppy disk or CD-Rom compact disk, with the document(s) in PDF format, clearly labeled with the case number and the name of the document, must also be provided to the Intake section of the Clerk's Office at the time of filing between the hours of 9:00 a.m. and 4:00 p.m. only. Do not deposit these materials in the overnight drop box or e-mail them to the Court's generic e-mail box.*

[3] *Pro se* parties are exempt from the mandatory CM/ECF requirements and may file electronically only by obtaining a CM/ECF password through leave of Court. "To obtain leave of Court, the *pro se* party must file a written motion entitled 'Motion for CM/ECF Password,' describing the party's access to the internet and confirming the capacity to file documents and receive the filings of other parties electronically on a regular basis. If leave of Court is granted, the *pro se* party must complete the CM/ECF training provided by the Clerk to all electronic filers before the Clerk issues a CM/ECF password." LCvR 5.4(b)(2).

# APPENDIX D 2 OF 2

**ORDERED** that counsel who have not already done so immediately register for CM/ECF by following the procedures set forth at http://www.dcd.uscourts.gov/ecf.html. Counsel are hereby ordered to comply with all requirements detailed at this website, with particular emphasis on the requirements enumerated under the heading "ECF FILING POINTERS." Counsel are further notified that they are responsible for monitoring their e-mail accounts to retrieve electronic orders and documents. Counsel are further notified that the Clerk's Office will not mail paper copies of orders or other documents issued by the Court. Counsel who are not registered for CM/ECF are responsible for monitoring the docket and otherwise obtaining copies of items issued by the Court. It is

**FURTHER ORDERED** that counsel provide chambers, NOT the Clerk's Office, with a printed courtesy copy of any electronic submission attached to which are exhibits that number fifty (50) pages or more in total length. Such courtesy copies shall be in binders, three hole punched, with double-sided pages. Exhibits shall be tabbed for ease of reference.

**SO ORDERED**.

Dated: _____     _____/s/_____
                              ROSEMARY M. COLLYER
                              United States District Judge