Let this be filed
Finally 7/1/15

AO 239 (Rev 01/15) Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)

# UNITED STATES DISTRICT COURT
for the

| KURT MADSEN | ) |
|---|---|
| *Plaintiff/Petitioner* | ) |
| v. | ) Civil Action No. 14-1716 |
| WILLIAM SMITH LORETTA LYNCH ET AL | ) |
| *Defendant/Respondent* | ) |

## APPLICATION TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES OR COSTS
(Long Form)

| Affidavit in Support of the Application | Instructions |
|---|---|
| I am a plaintiff or petitioner in this case and declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief requested. I declare under penalty of perjury that the information below is true and understand that a false statement may result in a dismissal of my claims. | Complete all questions in this application and then sign it. Do not leave any blanks: if the answer to a question is "0," "none," or "not applicable (N/A)," write that response. If you need more space to answer a question or to explain your answer, attach a separate sheet of paper identified with your name, your case's docket number, and the question number. |
| Signed: S/Kurt Madsen | Date: 06/29/2015 |

1. For both you and your spouse estimate the average amount of money received from each of the following sources during the past 12 months. Adjust any amount that was received weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate. Use gross amounts, that is, amounts before any deductions for taxes or otherwise.

| Income source | Average monthly income amount during the past 12 months | | Income amount expected next month | |
|---|---|---|---|---|
| | You | Spouse | You | Spouse |
| Employment | $ 19.68 | $ | $ 0.00 | $ |
| Self-employment | $ -19.68 | $ | $ 0.00 | $ |
| Income from real property *(such as rental income)* | $ 0.00 | $ | $ 0.00 | $ |
| Interest and dividends | $ 0.00 | $ | $ 0.00 | $ |
| Gifts | $ 200.00 | $ | $ 0.00 | $ |
| Alimony | $ 0.00 | $ | $ 0.00 | $ |
| Child support | $ 0.00 | $ | $ 0.00 | $ |

AO 239 (Rev 01/15) Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)

| | | | | |
|---|---|---|---|---|
| Retirement *(such as social security, pensions, annuities, insurance)* | $ 0.00 | $ | $ 0.00 | $ |
| Disability *(such as social security, insurance payments)* | $ 0.00 | $ | $ 0.00 | $ |
| Unemployment payments | $ 0.00 | $ | $ 0.00 | $ |
| Public-assistance *(such as welfare)* | $ -189.00 | $ | $ -189.00 | $ |
| Other *(specify)*: | $ 0.00 | $ | $ 0.00 | $ |
| **Total monthly income:** | $ 11.00 | $ 0.00 | $ -189.00 | $ 0.00 |

2.   List your employment history for the past two years, most recent employer first. *(Gross monthly pay is before taxes or other deductions.)*

| Employer | Address | Dates of employment | Gross monthly pay |
|---|---|---|---|
| Flippo Construction | 3820 PB Place Forestville, MD 20747 | 7-21-2014 through 7-28-2014 | $ 2,241.00 |
| LOST DUE TO USMS | ARREST GEORGETOWN LAWLBRY | UNABLE TO CALL EMPLOYER | $ 0.00 |

3.   List your spouse's employment history for the past two years, most recent employer first. *(Gross monthly pay is before taxes or other deductions.)*

| Employer | Address | Dates of employment | Gross monthly pay |
|---|---|---|---|
| | | | $ |
| | | | $ |
| | | | $ |

4.   How much cash do you and your spouse have? $ _____0.00_____

Below, state any money you or your spouse have in bank accounts or in any other financial institution.

| Financial institution | Type of account | Amount you have | Amount your spouse has |
|---|---|---|---|
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |

If you are a prisoner, you must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

AO 239 (Rev 01/15) Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)

5. List the assets, and their values, which you own or your spouse owns. Do not list clothing and ordinary household furnishings.

| Assets owned by you or your spouse | |
|---|---|
| Home *(Value)* | $ 0.00 |
| Other real estate *(Value)* | $ 0.00 |
| Motor vehicle #1 *(Value)* | $ 0.00 |
|     Make and year: | |
|     Model: | |
|     Registration #: | |
| Motor vehicle #2 *(Value)* | $ 0.00 |
|     Make and year: | |
|     Model: | |
|     Registration #: | |
| Other assets *(Value)* | $ 0.00 |
| Other assets *(Value)* | $ 0.00 |

6. State every person, business, or organization owing you or your spouse money, and the amount owed.

| Person owing you or your spouse money | Amount owed to you | Amount owed to your spouse |
|---|---|---|
| | $ | $ |
| | $ | $ |
| | $ | $ |

7. State the persons who rely on you or your spouse for support.

| Name (or, if under 18, initials only) | Relationship | Age |
|---|---|---|
| Larry and Linda Noland | Mother/Father | 60 |
| NEED TO REROOF HOUSES YET "The Enemy Within" | REFUSES TO BE REASONABLE | |
| NO-ONE CAN RELY UPON SOMEONE WHO IS | VICTIMIZED DAILY NOT A MOOT ISSUE | |

8. Estimate the average monthly expenses of you and your family. Show separately the amounts paid by your spouse. Adjust any payments that are made weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate.

| | You | Your spouse |
|---|---|---|
| Rent or home-mortgage payment *(including lot rented for mobile home)*<br>Are real estate taxes included? ☑ Yes ☐ No<br>Is property insurance included? ☐ Yes ☐ No | $ -750.00 | $ |
| Utilities *(electricity, heating fuel, water, sewer, and telephone)* | $ -100.00 | $ |
| Home maintenance *(repairs and upkeep)* | $ | $ |
| Food | $ -189.00 | $ |
| Clothing | $ | $ |
| Laundry and dry-cleaning | $ -22.41 | $ |
| Medical and dental expenses | $ -19.68 | $ |
| Transportation *(not including motor vehicle payments)* | $ 0.00 | $ |
| Recreation, entertainment, newspapers, magazines, etc. | $ 0.00 | $ |
| Insurance *(not deducted from wages or included in mortgage payments)* | | |
|     Homeowner's or renter's: | $ 0.00 | $ |
|     Life: | $ 0.00 | $ |
|     Health: | $ 0.00 | $ |
|     Motor vehicle: | $ 0.00 | $ |
|     Other: | $ 0.00 | $ |
| Taxes *(not deducted from wages or included in mortgage payments) (specify)*: | $ 0.00 | $ |
| Installment payments | | |
|     Motor vehicle: | $ 0.00 | $ |
|     Credit card *(name)*: | $ 0.00 | $ |
|     Department store *(name)*: | $ 0.00 | $ |
|     Other: | $ 0.00 | $ |
| Alimony, maintenance, and support paid to others | $ 0.00 | $ |

AO 239 (Rev 01/15) Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)

| | | |
|---|---|---|
| Regular expenses for operation of business, profession, or farm *(attach detailed statement)* | $ 0.00 | $ |
| Other *(specify)*: | $ 0.00 | $ |
| **Total monthly expenses:** | $ -1,081.09 | $ 0.00 |

9. Do you expect any major changes to your monthly income or expenses or in your assets or liabilities during the next 12 months?

    ☐ Yes  ☑ No     If yes, describe on an attached sheet.

10. Have you spent — or will you be spending — any money for expenses or attorney fees in conjunction with this lawsuit?  ☐ Yes  ☑ No

    If yes, how much?  $ _____

11. Provide any other information that will help explain why you cannot pay the costs of these proceedings.
    I am unable to get employment due to erroneous "criminal history", I am repeatedly victimized by "The Enemy Within" "officers", whom provided misleading information for "Certification of Service". Which is paltry in comparison to the Suspension of the Privilege until erroneously removed from the District!

12. Identify the city and state of your legal residence.
    My legal residence was established in Washington D.C. when this the pleading was suspended. King County

    Your daytime phone number:  (202) 602-9136

    Your age: 46    Your years of schooling: 12

Re: 14-1716 MADSEN V SMITH ET AL APPLICATION TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES OR COSTS



Kurt Madsen
to:
Judge_Jackson, Leslie.Gerardo, ECF_login, Reggie_Johnson, Tiffany.Gough
06/30/2015 12:21 AM
Hide Details
From: Kurt Madsen <madsen.appellant@gmail.com> Sort List...
To: Judge_Jackson@dcd.uscourts.gov, Leslie.Gerardo@usdoj.gov, ECF_login@dcd.uscourts.gov, Reggie_Johnson@dcd.uscourts.gov, Tiffany Gough@dcd.uscourts.gov

*[handwritten]* J.C. COVE § 16-1403 (1)
SEEK ORDER FROM COURT NOT TO BE REMOVED TO WASHINGTON UNTIL APPEALS EXHAUSTED.
I, HAVE DONE NOTHING WRONG!

PAGE 18 of The Writ of Habeas Corpus Suspended by Satterfield, Is this who was being "protected" inlight of newly discovered evidence. I should be entitled to amend the pleading. Therefore, think about the "information" provided as you watch the fireworks over the 4th of July, perhaps you can put some brain cells to work and think about what your job is and how it became into existence and overnight evolved back into English "common Flaw" well after March 4, 1801 when some mastermind of the "Rule of Flaw" eloquently began to engineer the extermination of the experiment the itinerary is embedded in the "Charters of Freedom" John Marshall was nothing more than a pirate taking control of the course of our country.
I suppose everyone who worships Marshall will be gathered around the Albert Pike Statute in the Judiciary Square on the 4th of July or over at "The Enemy Within" Marble Palace admiring the marble was quarried from the same source as Uncle Sams Marble Castle which has permitted "The Enemy Within" unfettered access to human beings Liberty and the Union of the United States Treasury.
What masterminds trading Marble for Meals breaking Ground on December 20, 1929.
Perhaps in celebration when the confederate Rebels of the unanimous South Carolina legislative body determined in 1860, they would fight for the rights established by the "Rule of Flaw".

I guess the "one supreme Court" was so gracious after the Civil War to the "law of the land" of whatever it was within a State was perfectly fine (Maxwell v Dow) and countless others the same people the "one supreme Court" who rebelled against the Union of the United States continued as if the Civil War never happened, oh what Happiness it has brought to "We the People" whom are not within the union of "The Enemy Within"...
*I'm sure Satterfield will be their he is the direct descendant of "justices of the peace"* in the District.
I can prove Satterfied is a piece of shit, it is the content of his character not the color of his skin.

Therefore, if the United States District Court for the District of Columbia denied my ECF access or erroneously declared the Suspended Privilege Moot to save Satterfield from exposure, I am focusing in on his actions so it's an oxymoron to try and protect him.

On Mon, Jun 29, 2015 at 2:35 PM, Kurt Madsen <madsen.appellant@gmail.com> wrote:
> APPLICATION TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES OR COSTS
>
> Can you Please forward attached to "the Judge" for "approval"

Thank You

Kurt Madsen