UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KURT MADSEN, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) Civil Action No. 14-1716 (RMC) |
| | ) |
| WILLIAM SMITH, | ) |
| | ) |
| Respondent. | ) |

## NOTICE TO THE COURT OF APPEALS

The United States Court of Appeals for the District of Columbia Circuit has referred this matter to the district court to determine whether a certificate of appealability is warranted. A certificate of appealability may issue "only if the applicant has made a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). Such a showing may include a demonstration that "reasonable jurists could debate whether (or, for that matter, agree that) the petition should have been resolved in a different manner or that the issues presented were 'adequate to deserve encouragement to proceed further.'" *Slack v. McDaniel*, 529 U.S. 473, 484 (2000) (quoting *Barefoot v. Estelle*, 463 U.S. 880, 893 n.4 (1983)).

Respondent represented that Petitioner had been arrested in the District of Columbia on September 15, 2014 and charged as a fugitive. *See* United States' Mot. to Dismiss Pet'r's Pet. for a Writ of Habeas Corpus [Dkt. 8] at 2. Further, according to Respondent, Petitioner had waived his right to an extradition hearing, had been returned to the State of Washington on or about September 29, 2014, and had been released from custody to supervision. *Id*. at 2. On December 10, 2014, Respondent moved to dismiss on the ground that Petitioner's challenge to the fugitive charge was moot. *See id*. at 3-5. Alternatively, if the Court were to

construe the petition as one under 28 U.S.C. § 2254, Respondent moved to transfer the matter to the United States District Court for the Western District of Washington. *See id.* at 5-8. On January 5, 2015, the Court ordered Petitioner to file his opposition or other response to Respondent's motion by February 6, 2015.[1] Petitioner did not file an opposition timely. On February 20, 2015, the Court granted Respondent's motion as conceded and dismissed the case without prejudice. *See* Memorandum Op. [Dkt. 10]; Order [Dkt. 11].

On review of the record of this case, including Petitioner's Notice of Appeal and exhibits, the Court concludes that a certificate of appealability is not warranted. The Clerk of Court promptly shall transmit a copy of this Notice to the United States Court of Appeals for the District of Columbia Circuit.

**SO ORDERED**.


Date: July 16, 2015                                    /s/
                                                   ROSEMARY M. COLLYER
                                                   United States District Judge

---

[1] The Court sent its Order to Petitioner at the address provided by Respondent: Kurt Madsen, c/o Bread of Life Mission, 97 South Main Street, Seattle Washington, 98104.