


UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

KURT MADSEN,
PETITIONER

VS.

WILLIAM SMITH, LORETTA LYNCH (in official Capacity as US Attorney General) et. al.
RESPONDENTs

14-1716 RMC

MOTION FOR RECUSAL

RULE 46 OBJECTIONS

INCORPORATED [illegible] HABEAS

AFFIDAVIT OF SERVICE

## INTRODUCTION

I, Kurt Madsen, Petitioner for a suspended Privilege of Writ of Habeas Corpus, **seek recusal** of United States District Court for the District of Columbia Judge Collyer from making any Constitutional interpretations, considerations, determinations, "Rule of Law" applications or orders in relation to this case.

**Except issuing a recusal order.**

## REQUESTED RELIEF

Judge Collyer recuse herself.

A Judge who is actually capable of fulfilling their 28 USC §453 duty as a United States District Court Judge for the District of Columbia to make an impartial unbiased determination regarding the objections contained herein and a genuine interpretation of the "supreme Law of the Land" in correlation with the "Charters of Freedom" and the facts of this particular case, which require an amendment before a COA determination. Since the Privilege was erroneously Suspended.



## GROUNDS FOR RECUSAL

On July 10, 2015, The United States Court of Appeals for the District of Columbia Clerks Office entered the following;

USCA Case #15-5192 Document #1561881 Filed: 07/10/2015 Page 1 of 1

**ORDERED** that the determination whether a certificate of appealability is warranted in this case be referred to the district court for resolution in the first instance.

**FURTHER ORDERED** that this case be held in abeyance pending further order of the court.

The district court is requested to notify this court promptly upon its issuance of either a certificate of appealability or statement why a certificate should not issue.

According to Senate confirmation information regarding Judge Collyer:

"Rosemary Collyer, our nominee to the U.S. District Court for the District of Columbia, is a graduate of the University of Denver School of Law. She began her career at the Denver firm of Sherman & Howard as an associate in the labor and employment law group. Four years later she was nominated by President Reagan and confirmed by the Senate to be the Chairman of the Federal Mine Safety and Health Review Commission, which reviews decisions of specialized administrative law judges who adjudicate cases dealing with mine safety, health and discrimination claims under Federal law.

In 1984 Ms. Collyer was nominated by President Reagan and confirmed by the Senate to be General Counsel of the National Labor Relations Board. In this capacity, she served as the nationwide prosecutor of labor law violations, overseeing election processes, representing the NLRB before State and Federal courts, and overseeing agency personnel and budget matters. Since 1989, Ms. Collyer has been a partner at Crowell & Moring in Washington, D.C. Her specialization has been in labor law and employment law.

A July 22, 2002 Legal Times article reported that Ms. Collyer is ``well-regarded by her fellow labor lawyers.'' One colleague asserted, ``She cares about getting it right. She is definitely capable of navigating complex cases.'' Another stated that during her time of government service, ``she was an oasis of perceived neutrality. She pandered to no one.'' These are traits that will undoubtedly serve Ms. Collyer well upon her confirmation to the Federal bench."

Title 28 USC §455 provides

"(a) Any ..., judge, ... of the United States **shall disqualify** himself [herself]in any proceeding in which his impartiality might reasonably be questioned."

{The Notice of Appeal clearly questions Judge Collyer's impartiality}

"(b) He [She] shall also disqualify himself [herself] in the following circumstances: (1) Where he [she] has a personal bias or prejudice concerning a party, or personal knowledge of disputed evidentiary facts concerning the proceeding;"

{Judge Collyer personal knowledge of disputed evidentiary facts concerning the proceedings to enter an impartial finding concerning the Certificate of Appealability}

(2) Where in private practice he served as lawyer in the matter in controversy, or a lawyer with whom he previously practiced law served during such association as a lawyer concerning the matter, or the judge or such lawyer has been a material witness concerning it;

(3) Where he [she] has served in governmental employment and in such capacity participated as counsel, adviser or material witness concerning the proceeding or expressed an opinion concerning the merits of the particular case in controversy;

(4) He [She] knows that he [she] , individually ....has a financial interest in the subject matter in controversy or in a party to the proceeding, or any other interest that could be substantially affected by the outcome of the proceeding;

{Judge Collyer's behavior, besides poor "judgement", was contrary to "good Behaviour" Article 3 Section 1 "The Judges, both of the supreme and inferior Courts, shall hold their Offices during good Behaviour, and shall, at stated Times, receive for their Services, a Compensation, which shall not be diminished during their Continuance in Office." }

{It is the Appellants contention Judge Collyer has provided "Aid and Comfort" to the teamsters union officials, her "Compensation" "could be substantially affected by the outcome of the proceedings" which could affect her "Continuance in Office" by providing impeachment information for the House of Representatives to make a determination regarding impeachment. }

(5) He or his spouse, or a person within the third degree of relationship to either of them, or the spouse of such a person:

*{unknown teamsters union relationships}*

It is unclear when [January 3 of February 19, 2003] or even if Judge Rosemary M. Collyer complied with 28 USC §453,

"I, Rosemary M. Collyer , do solemnly swear (or affirm) that I will administer justice without respect to persons, and do equal right to the poor and to the rich, and that I will faithfully and impartially discharge and perform all the duties incumbent upon me as United States District Court Judge for the District of Columbia under the Constitution and laws of the United States. So help me God."

This should provide Protection to any Person who has his or her Life, Liberty or Property determined by someone assumed to be the Honorable United States District Court Judge for the District of Columbia.

It ended for myself at "I will administer justice without respect"

Apparently Judge Collyer failed while General Counsel of the National Labor Relations Board, under the National Labor Relations Board Act { 29 USC § 152}

(2) The term "employer" includes any person acting as an agent of an employer, directly or indirectly, but shall not include the United States or any wholly owned Government corporation, or any Federal Reserve Bank, or any State or political subdivision thereof, or any person subject to the Railway Labor Act [45 U.S.C. § 151 et seq.], as amended from time to time, or any labor organization (other than when acting as an employer), or anyone acting in the capacity of officer or agent of such labor organization.

How did the NLRB General Counsel allow the infiltration of a union foreign to the Union of the United States to continue unchecked within the jurisdiction of the Union of the United States? *I could $peculate, however, I'll re$erve any information until the proper inve$tigation is conducted.*

My Privilege for a Writ of Habeas Corpus was suspended by the inferior superior court within the Article 1 Section 8 Clause 17 District.

Which lacked jurisdiction to determine the Article 1 Section 9 Clause 2 application.

The original pleading needs to be amended to reflect to actual Party's in the first application.

The pleading was also suspended by the United States District Court in the same District.

The problem is everything Judge Collyer has done in this particular case appears to be partial towards the Respondent.

## RULE 46 OBJECTIONS

RULE 46 ACTIONS AND OBJECTIONS TO RULINGS AND ORDERS DKT 10 AND 11

A formal exception to a ruling or order is unnecessary. When the ruling or order is requested or made, a party need only state the action that it wants the court to take or objects to, along with the grounds for the request or objection. **Failing to object does not prejudice a party who had no opportunity to do so when the ruling or order was made.**

The February 20, 2014 MEMORANDUM OPINION [DKT 10] Process declared :

"On December 10, 2014, the **United States of America**, by counsel, filed a motion to dismiss the petition for a writ of habeas corpus [DKT. 8]. In its January 5, 2015 Order, the **Court advised Petitioner of his obligations under the Federal Rules of Civil Procedure and the local rules of this Court to respond to the motion**. Specifically, the **Order warned Petitioner that, if he failed to file an opposition or other response to the motion by February 6, 2015, the Court would treat the motion as conceded**, summarily deny the petition and dismiss the case. **To date, Petitioner has not** filed an opposition, requested more time to file an opposition, or **advised the Court of any change of address**. The **Court, therefore, will grant Respondent's motion as conceded and will dismiss the case without prejudice**. "

Action requested; The Court ~~should~~ must rescind/withdrawal/remove/delete/recall or whatever word, the Court { **after recusal of judge Collyer**} wishes to define for providing relief from the February 20, 2015 "rulings" and/or "orders", I "**had no opportunity to do so**" {respond/object} when the ruling and/or orders were made, nor no knowledge of a request to dismiss my Privilege of Writ of Habeas Corpus, which I was misled to believe, by a District Court Clerk the Petition never reached the Court. I was under the impression it was destroyed, In the same fashion as another Writ of Habeas Corpus, although secured against Suspension under Article 1 Section 9 Clause 2. It was destroyed by an "inferior" "tribunal" created under to auspice of Article 1 Section 8 Clause 9 the "tribunal" encroached upon established Justice {or what should be} of the Union of the United States Courts, pursuant to Article 3 Section 2 Clause 1 "The judicial Power shall extend to all Cases, in Law and Equity, arising under this Constitution, the Laws of the United States" to inquire into the validity of a "warrant", which instantly deprived me of Liberty, within the Seat of the Government of the United States, in the District defined in Article 1 Section 8 Clause 17 without Due Process of Law secured by the 5th Amendment, which should have permitted a 4th Amendment analysis of the "warrant".

**Grounds for request and Objections with brief description of supporting facts;**

**(1)** The original Privilege of Writ of Habeas Corpus was Suspended by Responds delay in providing the United States Postal Service USPS with the pleading.

(i) Petition placed in "mail box" in District of Columbia jail on August 25, 2014, no legal mail status available, however, it took 13 days to reach the Court.

2) The Privilege was further delayed by unknown officers of the Court.

(a) Date stamped on September 8, 2014 however, not filed until October 10, 2014. See DKT 13 Motion for ECF access Appendix A

(b) "**After carefully searching** I'm sorry to inform you that **I didn't find your original habeas that you filed**. I'm sincerely sorry. Per our conversation, just **make sure that you put my name on the envelope when you send the next habeas out to me**. Thank you, and once again I do apologize.

RECEIVED
Mail Room
SEP - 8 2014
Angela D. Caesar, Clerk of Court
U.S. District Court, District of Columbia

(((Forwarded by Michael Darby/DCD/DC/USCOURTS on 09/10/2014 05:07 PM))) Forwarded from where? Mr. Darby's repeated apologies and request I put his name on the envelope sounds like a suspicious Suspension. Moreover, Clerk Darby was responsible for the US Mail, which was why I was inquiring into the status of the Petition with him. The date stamp of September 8, 2014, is located on DKT 1 pg. 1 2 days before "carefully searching" and being so sorry.

1) I was never served notification by the Court the original Habeas was located.

(a) The Court Clerk Darby who claimed responsibility, in an attempt to locate the original Privilege of Habeas Corpus received on September 8, 2014. Had my name and email address to ensure notification.

2) I was not served a copy of Process the Courts January 5, 2015 order [DKT 9]

**(a)** The Court placed an erronous reliance on the address indicated on the "Certification of Service" located in pg. 9 [DKT 8] United States Motion to dismiss filed on December 10, 2014.

**(b)** If the Courts January 5, 2015 order is considered Due Process of Law regarding a Liberty interest in Processing a Priviledge of Habeas Corpus and I am not present at the hearing (if one was conducted) and refused access to electronic notification, service of "Process" should require service under FRCP Rule 4.1. Serving Other Process

On January 16, 2015, I was channel surfing and tune into a channel that had my face on the screen, it was Washington's Most Wanted, although my brother in law, stated "if Kurt's WMW I feel really safe" However, I am no longer able to visit with family for their fear of what the police might do, if I'm caught while with them. They utilized a photo taken after being caged in isolation without access to a personal hygiene tool to shave my facial hair. "officers" who have failed to assent support of our Constitution under Article 6 Clause 3 and "Rule of Genuine Law" 4 USC §101 claimed to the people of Washington I have "severe anti-government issues" when they are a government foreign to our Constitution.

Kurt Madsen: DOC officers say missing high-violent offender has severe anti-government and...

WANTED BY DOC IN KING COUNTY – The Department of Corrections says High Violent Offender Kurt Madsen has severe anti government and authority issues ...

(C) The Respondent received service of order Process in [DKT 3] through the included order. Directing the Clerk of the Court, to provide a certified copy to the USMS, for the purpose of making service upon Respondent, under what is authorized by Rule 4.1.

**ORDER DIRECTING RESPONDENT TO SHOW CAUSE**

It is hereby

ORDERED that the Respondent, by counsel, shall within 20 days of service of a copy of this Order and the Petition herein file with the Court and serve on Petitioner a statement showing why the Writ of Habeas Corpus should not be granted. It is

FURTHER ORDERED that the Clerk of Court is directed to furnish a copy of the Petition and a certified copy of this Order to the United States Marshal for the purpose of making service on the Petitioner's custodian and the named Respondent, and is directed to send a copy of the Petition to the United States Attorney General and the United States Attorney for the District of Columbia.

SO ORDERED.

Rosemary M Collyer
United States District Judge

DATE: 10/16/14

**[DKT 4] the return of service performed by the USMS upon the two United States Attorney offices, service was ordered to the named Respondent by the USMS, no return of service is docketed.**

IN GENERAL. **Process**—other than a summons under Rule 4 or a subpoena under Rule 45—**must be served by a United States marshal or deputy marshal or by a person specially appointed for that purpose.** It may be served anywhere within the territorial limits of the state where the district court is located and, if authorized by a federal statute, beyond those limits. Proof of service must be made under Rule 4(l).

d) I was deprived of the Liberty protections of Due Process of Law under the 5th Amendment , to receive Process of a Motion to Dismiss [DKT 8] by the United States Marshals or deputy Marshal or by a person specially appointed for the purpose of Process, not buy an erroneous "address" provided by a Party to the Writ of Habeas Corpus process.

e) I object to the District Courts use of the erroneously encroaching upon fraudulently submitted "Certification of Service" in [DKT 8] and the erroneous use of an "address" which is not my "residence" nor mailing address, in the order [DKT 9].

I also object the failure to provide equal protection of Due Process of Law as was provided in [DKT 3] for the "property" protections of Respondents vs. Liberty Privilege of Writ of Habeas Corpus under Article 1

Section 9 Clause 2 as it relates to FRPC Rule 4.1 Service of Process by United States Marshals or others, for [DKT 9]

---

3) The Privilege of Writ of Habeas Corpus petition "Form" [DKT 1] indicated text defining the Respondent, who was identified as William Smith:

WILLIAM SMITH
(Name of Warden, Superintendent, Jailor, or authorized person having custody of petitioner)
Respondent

> This Petition was filed after following the claims made in the "request" for a "warrant" on July 30, 2014, [DKT 8-4] PG. 2, claiming a violation of Title 23 Section 701 of the Code of the District of Columbia.

4) It was a surprise to realize I was now subjected to another jurisdiction other than the Union of the United States.

   (a) I was completely baffled when someone claimed to represent me pro-bono, I came to the Article 1 Section 8 Clause 17 (10 mile square) District in the pursuit of Justice.

   (b) Under the "supreme Law of the Land" as defined under Article 6 Clause 2 of the Constitution. Which under Article 6 Clause 3 limits the powers of government to the Union of the United States and the several States.

5) I was previously denied the right to self-representation, in King County, Washington State. Which was only recognized after the Washington State supreme court and several thousand dollars of public funds remanded the accusations of 3 telephone calls for a "new trial" on the sole issue of the denial of the right to self-representation.

(a) See *Washington State v Kurt Madsen*, 229 P.3d 714 (2010)

(b) Imagine my surprise when an inferior superior court within the 1-8-17 District "judge" who has no obligation under Article 6 Clause 2 or Article 3 or any authorization to determine Liberty status and since the "judge" is not a

Judge, whom was appointed not appointed on the advice and consent of the Senate???? flat out denies my right, which I even cite Faretta v California,


OTHER

MONEY BOND OF

NEXT DUE BACK

DEFENDANT'S SIGNATURE

WITNESSED BY

IMPORTANT

SO ORDERED

throwing the theory "Clearly Established Federal Law as Determined by SCOTUS" right under the bus, out front of the Albert Pike monument in the Judiciary Square.

DID NOT DISCLOSE MAGISTRATE STATUS

**6)** The "pro-bono" attorney was DENNIS R BRADDOCK, who apparently received compensation under the "Criminal Justice Act" CJA by a certification of my eligibility by the judge, under a concurrent thought process denied my demands of self-representation.

| | | |
|---|---|---|
| 07/30/2014 | CJA Eligibility | CJA Eligibility - Defendant certified CJA eligible by Judge Howze - NO PAPERWORK |

7) I, still intended to represent myself, however, my "assistance of counsel" did not provide any assistance, a few days after the hearing, Mr. Braddock, came to see me, to inquire if I had changed my mind, regarding my refusal to waive the extradition hearing, I explained to him why I had traveled to the District, I requested assistance in obtaining my right to self-representation to obtain better access to the court.

(a) I did obtain access to the "law library", not as effective as the Georgetown Law Library, I was taken from by the USMS, however, the computer, had fundamental functions which King County and Washington State abridged.

Case 1:14-cv-01716-RMC Document 8-4 Filed 12/10/14 Page 2 of 3

**Superior Court of the District of Columbia**
**CRIMINAL DIVISION**
**COMPLAINT**

No. L/U#45

District of Columbia ss:

The undersigned having made oath before me declared that on the 30TH day of JULY A.D. 2014 at the District aforesaid, one MADSEN, KURT RANDALL

being then and there a fugitive from the state of WASHINGTON and wanted for ......... ESCAPE SEE MIS- ESC COMMUNITY CUSTOD

did then and there come into the District of Columbia, in violation of Title 23 Section 701 of the District of Columbia Code

Affiant's Name:

Subscribed and sworn to before me this 30TH day of JULY A.D. 2014—

(Judge) (Deputy Clerk)
Superior Court of the District of Columbia

**WARRANT**

To The United States Marshal or any other authorized federal officer or the Chief of Police of the District of Columbia:

WHEREAS the foregoing complaint and affidavit supporting the allegations thereof have been submitted, and there appearing probable cause and reasonable grounds for the issuance of an arrest warrant for

YOU ARE THEREFORE COMMANDED TO BRING THE DEFENDANT BEFORE SAID COURT OR OTHER PERSON ENUMERATED IN 18 U.S.C. 3041 forthwith to answer said charge.

Issued ______________ 20____

SEX: MALE
DOB:
CCR:
PDID: 684-152

Judge
Superior Court of the District of Columbia.

Charge: Fugitive From Justice U029
Date of Offense 06/16/2014

OFC. DEREK PENNINGTON
Badge No.: 4243
Form CD(17) 1057 May 81
Previous editions (W-5) may be used

OFFICER MUST EXECUTE RETURN:
Officer's Name: ______________
Time: ______________
Date: ______________

14-1716 REC

8) It appears the District of Columbia inferior superior court, has elevated itself to a position equal to all other Courts within the Union of the United States. Under 18 USC§ 3401 more on that later.
9) The "crime" was "one KURT RANDALL MADSEN being then and there a fugitive from the state of WASHINGTON and wanted for ESCAPE SEE MIS-ESC COMMUNITY CUSTOD did then and there come into the District of Columbia, in violation of Title 23 Section 701 of the District of Columbia Code."

**§ 23–701. Warrants for the arrest of fugitives from justice.**

Whenever any person who is (1) within the District of Columbia, (2) charged with any offense committed in any State, and (3) **liable by the Constitution and laws of the United States** to be delivered over upon the demand of the Governor of that State, **any judge of the Superior Court** may, upon complaint on oath or affirmation of any credible witness, setting forth the offense, that the person is a fugitive from justice, and such other matters as are necessary to bring the case within the provisions of law, **issue a warrant to bring the person so charged before the Superior Court, to answer the complaint**.

§23-704(d)

If the person or his counsel shall state that he desires to test the legality of the person's arrest, the chief judge shall hold a hearing to determine whether the person shall be delivered over as demanded. **At the hearing**, the **person shall** have the **same rights to challenge his detention** and **extradition** as if the **hearing were upon a writ of habeas corpus**.

12) I, proceeded to file a Writ of Habeas Corpus, naming the following individuals:

i)Eric Holder, United States Attorney General
ii)William Smith, District of Columbia DOC
iii) Jay Inslee, Governor Washington State
iiii) Bob Ferguson Attorney General Washington State
iiiii) Leslie O'Conner (A person pretending to have Authority to Issue Arrest Warrant) Going in disguise as Executive Officer failed to assent Title 4USC §101
Iiiiii ) Kathy Johnson Supervisor of Leslie O'Conner, Also failed to assent Title 4 USC §101

**13)It appears the District of Columbia "Corrections", arbitrarily delayed the USPS and sent the Petition out on September 5, 2014**

KURT MADSEN #345102
DC. DOC
1901 D STREET SE
WASHINGTON D.C. 20003

UNITED STATES POSTAGE
02 1R $01.61°
0002002171 SEP 05 2014
MAILED FROM ZIP CODE 20003

GOVERNOR JAY INSLEE
OFFICE OF THE GOVERNOR
P.O. Box 40002
OLYMPIA, WA 98504-0002

LEGAL MAIL

LEGAL MAIL

**14) My Petition for Writ of Habeas Corpus was received on September 9, 2014, It appears treated as equally as Petitioner. It was held by the Respondents for 23 Days, I dated the Pleading August 13, 2014.**

SUPERIOR COURT FOR WASHINGTON DC

RECEIVED
SEP 09 2014
Office of the Governor

UNITED STATES OF AMERICA ET AL
V.
KURT RANDAL MADSEN
V
HOLDER ET. AL

I, KURT RANDAL MADSEN, AM A CITIZEN OF THE UNITED STATES OF AMERICA, I WAS BORN ON MARCH 4, 1969, IN KING COUNTY, WASHINGTON STATE.

...

EXECUTED ON AUGUST 13TH, 2014

KURT MADSEN - PRO SE
1901 D ST SE
WASHINGTON DC 20003

18 of 18

**15)** The date stamp from the District court [DKT 10]indicates the Petition was held until Friday September 5, 2014 as indicated on the District of Columbia Petition sent to the Governor and others back on August 13, 2014.

**16)** [DKT 10] also has several other stamps, District court Judge Amy Jackson doesn't approve [DKT 2] IFP Motion until October 8, 2014, the Petition is filed on October 10, 2014. And assigned the Judge Collyer.

Leave to file without prepayment of costs GRANTED
10/8/14
United States District Judge

FILED
OCT 10 2014
Clerk, U.S. District and Bankruptcy Courts

Case: 1:14-cv-01716
Assigned To : Collyer, Rosemary M.
Assign. Date : 10/10/2014
Description: Habeas Corpus/2255

**17)**The IFP Motion is date stamped September 8, 2014 by the District court.

I, KURT MADSEN, SWEAR UNDER THE PENALTY OF PERJURY THE FORGOING IS TRUE AND CORRECT

AUGUST 25, 2014

KURT MADSEN
1901 D STREET SE
WASHINGTON DC. 20003



**18)**[DKT 2] Pg. 3 Also has a copy of my "inmate financial activity", which I had received of August 7, 2014.


DC DOC

Inmate Financial Account Activity

DCDC# 345102 NAME: MADSEN, KURT SSN: 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

SUMMARY FOR ALL BOOKINGS:

| | |
|---|---|
| Total Deposits: | $ 0.00 |
| Total Withdrawals: | $ 0.00 |
| Subtotal: | $ 0.00 |
| Total Costs Recovered: | $0.00 |
| Total Amount Owed: | $ 0.00 |
| Total Account Balance: | $ 0.00 |

**19)**The District of Columbia inferior superior court, received the Writ of Habeas Corpus I had also mail a copy to Mr. Braddock.

a) Mr. Braddock confirmed he had received the Writ of Habeas Corpus and between August 27 and 29 chief judge Satterfield's Clerk confirmed receipt.

b) However, on August 27, 2014, the at the Hearing in chief judge Satterfield's courtroom, Satterfield declared he had not received a Response from the Governor, which was also claimed by Mr. Braddock and AUSA Robert Little.

c) I had attempted to demand to proceed self-represented and have my Petition for Writ of Habeas Corpus be heard, however, everyone was claiming, nothing was received to proceed on.

**20)**I was released, and the arbitrary "warrant" was still in the NCIC.

**21)**I, repeatedly contacted the District court and was informed by the court Clerk, the Petition was not received.

**22)**On September 10, 2104 I received an email from court Clerk Darby, who claimed he was unable to locate the Pleading, yet it was date stamped September 8, 2014. Was it held in Amy Jacksons chambers until I was taken out of the District.

**Michael_Darby@dcd.uscourts.gov <Michael_Darby@dcd.uscourts.gov>**
**To: madsen.appellant@gmail.com**

Good evening.

After carefully searching I'm sorry to inform you that I didn't find your original habeas that you filed. I'm sincerley sorry. Per our conversation, just make sure that you put my name on the envelope when you send the next habeas out to me. Thank you, and once again I do apologize.




**----- Forwarded by Michael Darby/DCD/DC/USCOURTS on 09/10/2014 05:07 PM**

**23)**On September 13, 2014, I was using the Law Library of Congress at the Madison Building and wanted to use the Manuscript room, however, I was informed my Library of Congress card was suspended, I went to the office to inquire about it and asked if Supervisor Lopez was around, a Capitol Police officer, said "yes right over, since every Police officer gets his rocks off, making arrests apparent some control issues, the first thing, before any other concern, "does this person have a warrant", well my Library Card was requested and my ID. The same warrant came over the radio, I tried to explain, however, they didn't seem to care, when I got the Capitol Police station, I demanded to see the warrant and informed them I was recently released on the same "warrant"

**24)** On September 15, 2014 I am standing before the same District of Columbia inferior superior court judge Howze for the same exact warrant, again I demanded self-representation, which was refused, I also indicated this was a violation of the Double Jeopardy clause of the 5th Amendment.

Case 1:14-cv-01716-RMC Document 8-8 Filed 12/10/14 Page 2 of 3

Superior Court of the District of Columbia
CRIMINAL DIVISION
COMPLAINT

No. L/U#10
2014 REG 16322

District of Columbia ss:

The undersigned having made oath before me declared that on the 15TH day SEPTEMBER A.D. 2014 at the District aforesaid, MADSEN, KURT RANDALL being then and there a fugitive from the state of WASHINGTON and wanted for ESCAPE SEE MIS- ESC COMMUNITY CUSTOD

did then and there come into the District of Columbia, in violation of Title 23 Section 701 of the District of Columbia Code.

Affiant's Name:

Subscribed and sworn to before me this 15TH day of SEPTEMBER A.D. 20 14

(Judge) (Deputy Clerk)
Superior Court of the District of Columbia

WARRANT

To The United States Marshal or any other authorized federal officer or the Chief of Police of the District of Columbia:

WHEREAS the foregoing complaint and affidavit supporting the allegations thereof have been submitted, and there appearing probable cause and reasonable grounds for the issuance of an arrest warrant for

YOU ARE THEREFORE COMMANDED TO BRING THE DEFENDANT BEFORE SAID COURT OR OTHER PERSON ENUMERATED IN 18 U.S.C. 3041 forthwith to answer said charge.

Issued ........ 20....

SEX: MALE
DOB: [redacted]
CCR:
PDID: 684-152

Judge
Superior Court of the District of Columbia

Charge: Fugitive From Justice U029
Date of Offense 06/16/2014

OFC DEREK PENNINGTON
Badge No.: 4243

OFFICER MUST EXECUTE RETURN:
Officer's Name:
Time:
Date:

**25)** SAME "WARRANT" DATE AND SAME AFFIANT AS 7-30-2014

NOTE: **DID NOT** RECEIVE ANY CASE DOCUMENTS UNTIL ACCESSING **PACER 4-26-2015**

**26)**On September 20, 2014 I reappeared before anther District of Columbia inferior superior court Judge Bartnoff, who at least allowed me to speak. Why challenge the "warrant" under a Writ of Habeas Corpus, since I was previously denied Liberty without Due Process of Law, it would be a sign of insanity to expect a different result. I only agreed to be extradited, upon certain conditions.

**a)**I would return to court in 3 business days, if not picked up by Constituted Officer from Washington State.

**b)** I would only be extradited upon seeing an official warrant.

**c)** Only by genuine law enforcement Officers and not Washington State DOC "officers".

**27)** On September 29, 2014 I tried to show William Smith, who said "Get the Fuck out of my Jail" I made several demands after realizing the "officers" were from the DOC not the USMS as the DCDOC jail believed, nor genuine Washington State Law enforcement Officers. See [DKT 12]

ORDER FOR RETURN OF FUGITIVE UPON WAIVER

KURT MADSEN, having appeared with Counsel in open Court on September 20, 2014, and having waived further proceedings pursuant to law and indicated his/her desire to return voluntarily to the State of WASHINGTON, is hereby ORDERED detained at the District of Columbia Jail pending return to the State of WASHINGTON in the custody of the proper officials of that state; and it is FURTHER ORDERED that if KURT MADSEN has not been surrendered to the custody of a proper official of the State of WASHINGTON by **September 24, 2014** (3 days, not including Saturdays, Sundays or holidays), KURT MADSEN shall be returned FORTHWITH to this Court for such further proceedings as the Court shall deem appropriate.

DATE: September 20, 2014

JUDGE JUDITH BARTNOFF

**28)** I was driven through the streets of Washington D.C. with my leg wired, a shock device taped to my leg, belly chains with my hands cuffed and a bag over my head, to Dulles International airport . I was forced to board a Jet with tail ID NIMM { pictured} only stopping for fuel in Minnesota then back to the "supreme Land of Corruption" and the Monroe Correction Complex, MCC Special Offender Unit SOU.



**29)** I was denied access to a copy machine to properly file my "one supreme Court" pleading.

a) It was rejected by the "one supreme Court", after the confusion regarding a one day extension was denied, however, the pleading was filed on time.

**Returned and LINKED:** https://files.acrobat.com/a/preview/8ee216f6-756d-410c-a348-fcc568652796

**30)** On or about October 9, 2014, I was driven from the MCC-SOU to Seattle, where I was required to report and again trapped in the Streets of Seattle.

a) I have never lived homeless, I have always had a place to live.

b) In *Washington State v Kurt Madsen*, 229 P.3d 714 (2010) I was banished from the entire King County like I'm some kind of freak, I am not a sex-offender although "The Enemy Within" treats me worse than one.

I was unable to live under the conditions imposed upon my Liberty by "officers" of the IBT union , who steadfast support the teamsters constitution http://teamster.org/sites/teamster.org/files/IBT-Constitution-2011.pdf However, the teamsters and their affiliates fail to have even a sliver of support for the Union of the United States.

**31)** As indicated, I did not receive notice or any service of the December 10, 2014 Motion to dismiss [DKT 8]

a) Pg. 9 "Certification of Service" indicates;

I HEREBY CERTIFY that a copy of the United States' Motion has been filed **electronically with the Court** and served by first-class mail on the petitioner, Kurt Madsen, c/o, Bread of Life Mission, 97 South Main Street, Seattle Washington, 98104, this 10th day of December, 2014.

**OBJECTION** This is a deprivation of Liberty to obtaining Equal Access to documents in their original electronic form under the 5th Amendment Due Process of Law and the aspects of the 1st Amendment which "Congress shall make no law ..."abridging the freedom of speech, or of the press; or the right of the people peaceably to assemble, and to petition the Government for a redress of grievances." Moreover, a Persons, such as myself was deprived of Liberty, whereby, I sought out the protections of Article 1 Section 9 Clause 2 the Privilege of Writ of Habeas Corpus, which can be construed as a redress of grievances, considering I traveled from the Western District of Washington to the Seat of the Government of the United States, which has not provided the protections of Article 4 Section 4 shall guarantee to every State in this Union a Republican Form of Government {Grand Jury is a Republican Form of Governemnt} and shall protect each of them against Invasion {"The Enemy Within" has invaded Washington.

The AUSA Sherri L. Berthrong (who was reported as retired from the AUSA in May by the DC Bar Association yet not retired from practicing Law) on April 26, 2015 I received the following rejection when emailing AUSA Berthrong

"Delivery to the following recipient failed permanently: Sherri.Berthrong@usdoj.gov
Technical details of permanent failure: Google tried to deliver your message, but it was rejected by the server for the recipient domain usdoj.gov by mx-jdcw.usdoj.gov. [2607:f330:8400:402::25]. The error that the other server returned was: 550 5.1.1 <Sherri.Berthrong@usdoj.gov>... User Unknown

a) Who was has not withdrawn from this case and was notified by the District Court after said date.

**32)**AUSA Berthrong claimed [DKT 8] Pg. 2 "On December 2, 2014, the undersigned was advised by the petitioner's supervision officer in Seattle, Washington that the petitioner had been released from custody to supervision, and the supervision **officer** provided undersigned counsel with

the petitioner's current address" 1 The petitioner did not update the Court with his current address after being released from custody.

The Court Clerk had my email address and it's available on PACER!

**a)** The "officer" is a Respondent and has failed to assent support of the "supreme Law of the Land" under Article 6 Clause 3 and Article 1 Section 1 "Rule of genuine Law" 4 USC §101, perhaps of little concern to those unaffected by the elimination of the Privileges and Immunities of the "supreme Law of the Land".

**b)** On or about December 2, 2014 "officer" Wootress, suggested I find an address location, so I did not have to report every few days. He no longer indicated the restrictions upon my "right to travel" outside the City limits of Seattle or "South of Hwy 518/ I-405" both of these conditions were imposed by other "officers" who support the unions constitution of "The Enemy Within" IBT union an affiliates.

**c)** Wootress refused on 2 occasions to approve the BOLM address.

**d)** I was repeatedly complaining about having to work at the Bread of Life Mission for the privilege of staying there, I was doing carpentry, plumbing and basic building maintenance for $0.00 per hour, and the cost to stay one night at the BOLM was $5.00.

**e)** On December 9, 2014, during our conversation, Wootress immediately agreed to my residence address in Kent, mentioned informing the USMS and an Attorney from Washington D.C. who had contacted him about me. **He refused to provide a name or phone number.**

**f)** I should have recalled the other ruse, when another "officer" did the same thing allowed me to return to Kent, then demanded I come back to Seattle 2 days later, I refused to succumb, then my residence was raided on November 19, 2013 only hours after my "final extension of time" in an appeal to the Washington state supreme court.

**g)** Wootress pulled the same covert act as his comrade, calling the next day and demanding I return to Seattle. The Courts might consider I have a "fool for a client", however, I'm not an idiot, when that type of demand is made an arrest is the result of succumbing.

h) It's ironic Wootress claims he was contacted by an attorney in Washington D.C. who requested a mailing address on December 9, 2014. AUSA Berthrong attorney files a Motion to Dismiss the following day. Moreover, the original petition was held until after my release from the Prison October 10, 2014. I could have received 780 days at "hard labor" under the Washington State statutes, without any Privileges of Immunities of the "supreme Law of the Land".

Kurt Madsen <madsen.appellant@gmail.com> Wed, Dec 10, 2014 at 2:35 PM
To: askdoj@usdoj.gov

I was informed a US Attorney from the Washington DC office, called my DOC "officer" Wootress, in Seattle, WA, wanting my mailing address, although I had an address he apparently did not provide it.
Can you please have the US Attorney in DC contact me through this email address.
Thank You
Kurt Madsen SSA [redacted]-5643
DOB March 4, 1969

i) I had no knowledge of the docketing of my Privilege of Habeas Corpus until March 20, 2015, when I stumbled upon it through a computer search.

j) When was I supposed to inform the Court? Which claimed they had not received the Petition when an inquiry was made in September 2014 see articulation in (2)

k) The AUSA Berthrong had several alternatives to provide service, other than reliance upon "information" provided by a bias and prejudicial source.

l) AUSA Berthrong indicates in [DKT 8] note on Pg. 5 "The petitioner has filed other pleadings in U.S. District Court for the Western District of Washington in connection with this state conviction. See Madsen v. State of Washington, Civil Action No. 13-01940 (TMZ)."

**m)** I am a registered ECF filer in Madsen v Washington 13-1940 [DKT 6] is the registration form, which is determined by the Clerk's Office, which has permitted access with ease, unlike the Judge Collyer, who one would think

My Name Is: Kurt Madsen My Case Number Is: 13-CV-1940

E-mail Address: madsen.appellant@gmail.com Phone Number:

Address: 24608 116th Ave SE Kent, WA 98030

s/Kurt Madsen
Signature (Type an "s/" and your name, or print and sign)

November 5th, 2013
Date signed

would have more important things to do, then decide who can and cannot have ECF access, where is "Equal Protection Under the Law" the opposing party is permitted access to ECF.

Above is a snapshot of the registration form, note: email address madsen.appellant@gmail.com my residence address which was provided to "officer" Wootress on December 9, 2014. Who claimed he would contact the USMS and and provide my address and the Attorney from Washington D.C.

**n)** If Wootress informed me of the truth, he had provided an address to the AUSA as my "current address" yet refused to acknowledge it as a "current address". It's a complete oxymoron and seems somewhat suspicious.

**o)** The address is also indicated on my current Washington State ID and was provided to receive my Library of Congress Card on July 5, 2014. Which was suspended by an unknown individual without cause.






**p)** AUSA Berthrong also accessed PACER to locate a 9th Circuit Court of Appeals case. Below is a snapshot.

Case 1:14-cv-01716-RMC Document 8-2 Filed 12/10/14 Page 2 of 4
Case = 14-35440, 06/09/2014, ID = 9125846, DktEntry = 4, Page 13 of 17

**q)** The 9th Circuit and the Pacer appellate filer has the my same email address.

**r)** On December 10, 2014, I was still receiving SNAP benefits from Washington D.C. since I had established residence in the District on July 5, 2014.

I also received a cell phone through the District 202-602-9136

Which I refused to receive any service while in Washington State after receiving a prison sentence for an alleged cell phone call.

I am not permitted to receive SNAP food assistance unless I succumb to the demands of the unconstitutional "officers" demands, so I'm now starving in Seattle because I was deprived of my Liberty in the District without Due Process of Law.

**33)** Perhaps the most significant fact is the USMS Marshal Arnold Knight, employed at the United States District Court for the Western District of Washington, I believe was responsible for the USMS arresting me at the Georgetown Law Library on July 28, 2014. I made it know, I was going to inquire into initiating impeachment proceedings through the House of Representatives against District Judge Robert Lasnik, whom lied and mislead the Senate through declarations and during his confirmation hearing.

**34)** Reliance upon an "officer" whom is a Respondent to a Writ of Habeas Corpus is prejudicial, biased and part of the complaint contained within Writ of Habeas Corpus petition, should not have used to provide critical truthful "information" regarding a current mailing address, when the AUSA has vast amounts of information available at her fingertips through the Department of Justice information technology networks.

**35)** It appears as though the AUSA knew the address was unreliable, it seems rather odd, filing the December 10, 2014 [DKT 8] Motion to dismiss, would begin with the proposed order pg. 1, then proclaims "Copies to:" "Kurt Madsen c/o ..." then for some desperate attempt to legitimize the notation includes the AUSA physical address, when any copies will be sent via email when "allowed" ECF filing password...

Copies to:

Kurt Madsen
c/o
Bread of Life Mission
97 South Main Street
Seattle, Washington 98104

Sherri L. Berthrong
Assistant United States Attorney
Special Proceedings Division
555 Fourth Street, N.W.
Washington, D.C. 20530

**36)** Nothing in the records indicate filing "Certification of Service" for any Court orders.

NOTE THE SCAM [DKT 6]




MY NAME FAILS TO APPEAR!

**37)** Due to the suspension contrary to Article 1 Section 9 Clause 2, and the failure of Process by United States Marshals or others, I did not receive Due Process of Law, thereafter, "service was sent" erroneously and encroaching upon fraudulently, c/o (care of) Bread of Life Mission, is exactly what happened because **I have never received ANY documents regarding this case through the USPS or ECF notification since it is not equally available to each party or counsel.** In the United States District Court for the District of Columbia.

**38)** All documents mailed to the **care of** Bread of Life Mission are still in their care and no one supposedly under a Title 5 USC § 3331 or similar oath continued in perpetuity while in a position of public Trust, seems to care

about the Privilege of Writ of Habeas Corpus secured through Article 1 Section 9 Clause 2 of the "supreme Law of the Land" was Suspended within the District until I was erroneously removed from the District.

**39)**Again I **object to the District court using an erroneous address**, instead of the Process of Due Process of Law indicated in 2) I was considered homeless by Wootress the "supervising "officer"" forced to sleep and work in "involuntary servitude" the mail was handled by questionable characters, I used a safe mailing address for legal correspondence, madsen.appellant@gmail.com available through PACER and known to the United States District Court for the District of Columbia Clerk as indicated in paragraph 2)

**40)** However, SCOTUS does not utilize the modern means of legal correspondence, therefore I used a former residence address were the person handling my mail, would ensure the delivery of the documents, which were being returned by SCOTUS and also my property from the Capitol Police.

Using my name not c/o "care of" any group of strangers.

Kurt Madsen 414 Whitworth Ave Renton, WA 98057

**Both the Supreme Court of the United States and the Capitol Police utilized this mailing address in October 2014** without difficulty.

SCOTUS returned my pleadings.

https://files.acrobat.com/a/preview/8ee216f6-756d-410c-a348-fcc568652796

The Capitol Police returned my smart-phone, flash-drive, ID, and suspended Library of Congress Card, since my Writ of Habeas Corpus was suspended it was of little use.

**41)**"The Enemy Within" attained their desired effect. I was given 60 days to respond. It was difficult without my personal computer, I had fractured my humorous. After falling only a few feet from a ladder, before being malnourished while in "involuntary servitude" and not being able to receive SNAP food assistance or being able to work in Western Washington since "The Enemy Within" controls the labor markets.
The point here is I used to have a strong body and bones now both are weak and brittle.







Received 13 SS medical screws, not something, anyone would remotely consider doing themselves, like self-representation.

One point here is, while recovering, my laptop slipped off a stool, the LCD fractured, I tried to fix it myself and wasn't successful.

The main point is Washington State's, political structure, is completely fractured, I traveled to the Article 1 Section 8 Clause 17 District, in pursuit of Happiness and searching for genuine Justice as envisioned in the "Charters of Freedom", and thinking my Privileges and Immunities would receive greater protection.

I am now getting screwed out of the intended protections of the 13th Amendment by "officers" who reminded me of German SS Officers, in literature and movies of the third Reich.

My personal experience on March 5, 2015, after I sent an email on March 4th , to the State supreme court, inquiring into the one year anniversary of their adversarial decision in the "Personal Restrain Petition" of Kurt Madsen 88428-5 which is a substandard Washington State judicial department replacement, for the Privilege of Writ of Habeas Corpus, which is secured in Article 1 Section 13 of the Washington State constitution with the same exact words as Article 1 Section 9 Clause 2 of our Union of the United States Constitution.

"The Enemy Within" 'officers' have encroached upon the established legal subdivision of King County, therefore, the city of Seattle and Kent now have defied a principal of the Declaration of Independence "He has erected a multitude of New Offices, and sent hither swarms of Officers to harass our people, and eat out their substance"

"He has combined with others to subject us to a jurisdiction foreign to our constitution, and unacknowledged by our laws; giving his Assent to their Acts of pretended Legislation" see Declaration of Independence

This is why the judicial branch avoids an analysis of the Declaration of Independence like it's the plague, a full understanding eliminates their stranglehold upon society, their pretended legislation is Marbury v Madison, 5 US 137 (1803) which would only have any honor of burial in a rebel Southern State. Since it is the embryo which enacted "pretended Legislation" which is the sole power of Congress under Article 1 Section 1.

"say what the law is" is genuinely pathetic when one realizes all the elements and analysis the attributes of the associated Articles and Amendments, unlike the Marshall Flaw, which omitted 18 words, claiming surplusage, and avoiding Article 1 Section 8 Clause 17 and 18, which the "justice of the peace " related to the 10 mile square area, Marshalls trouble was his now apparent determination to eliminate Article 1 Section 9 Clause 1 and provide a continuation of power for plantations, one will never know where the profits went.

Apparently the state judicial branch was unable to directly overthrow the Revised Code of Washington RCW 7.36.140 "...shall be the duty of the supreme court to determine in its opinion whether or not the petitioner has been denied a right guaranteed by the Constitution of the United States"




If you're an associate of any affiliation of "The Enemy Within" that's Robert F. Kennedy's definition of the international brotherhood of teamsters union "The Enemy Within", whose union officers are foreign to any "Officer " under Article 6

Clause 3 Officers, they are unable to infiltrate the constituted authorities in our cities and towns, because Government is limited to the Union of the United States, concentrated to the United States and the Several States.

See National Labor Relations Board Act {29 USC § 152(2)} Definition of "Employer"

What's the thought your Honor ? Is it what "Rule of Flaw" can I utilize waste this ? within the blink of an eye, or a sentence from the "Rule of Flaw", without even a seconds though into the genuine laws.

What a useful piece of "pretended legislation" as intended to be eliminated the "Charters of Freedom", the English "common law" was all but abolished under the Declaration of Independence,

How it became resurrected in the 7th Amendment, I have yet to investigate, The "Rule of Flaw" basically wipes out any hope for a pursuit of Happiness, since swarms of officers are either in hot pursuit or stalking there next, unwitting victim. The most insane aspect of this "jurisdiction", can be verified in Maxwell v. Dow, 176 US 581 (1900) The entire thought process of 212 years of "Rule of Flaw" gives me a headache, obviously nobodies brain can even fully digest such vast amounts of nonsense, the computer and genuine information age, shall be the demise of the despotic dispositions. further analysis is reserved.

## OBJECTIONS TO DISTRICT OF COLUMBIA SUPERIOR COURT

I object to being deprived of my Liberty without Due Process Law, the "supreme Law of the Land" I object in the ability of inferior superior tribunal (DC superior court) encroaching upon the established Judicial Department of Article 3 of the Union of the United States.

1) The District of Columbia superior court chief judge Satterfield went beyond violating the suspension prohibition clause of Article 1 Section 9 Clause 2 "The Privilege of the Writ of Habeas Corpus shall not be suspended"...

a) Beyond the fact Satterfield is neither an Article 3 Judge nor an Article 6 Clause 2 State Judge.

b) On August 27, 2014, during what was to be a hearing to challenge the legality of my arrest under §23-704 (d) "If the person or his counsel shall state that he desires to test the legality of the person's arrest, the chief judge shall hold a hearing to determine whether the person shall be delivered over as demanded. At the hearing, the person shall have the same rights to challenge his detention and extradition as if the hearing were upon a writ of habeas corpus."

i) Satterfield claimed to have received the Writ of Habeas Corpus. {see Notice of Appeal} however, he claimed the paperwork was not received from the Governor. I believed Satterfield at his word, he was at an elevated perch up on the bench and draped in a black rob, looking so honest and sounding so dignified. Like everything was proper.


RECEIVED

REQUISITION


STATE OF WASHINGTON

RECEIVED

ii) My oh my what a flat out lie, the above two documents are part of a public disclosure request. Received on or about June 30, 2015. Available through the following link:

https://files.acrobat.com/a/preview/ce6522dc-63c6-4128-8af8-c797f316292f

They are date stamped August ~~17~~ 18, 2014 and August 18, 2014. Then returned to Washington State and arrive at the Governor's office by Friday August 22, 201







## CONCLUSION

Judge Collyer must recuse herself in this case, so the Article 1 Section 9 Clause 2 Privilege of Writ of Habeas Corpus which was suspended in violation of the "supreme Law of the Land" and deprivation of Liberty without Due Process of Law contrary to the embedded right within the 5th Amendment within the District of the Government of the United States as defined in Article 1 Section 8 Clause 17.

Can be restored through Due Process of Law, through equal Electronic Court Filing Access.

Without the biased and prejudicial abridgment of waiting for a determination of "Let this be Filed" or rejections by her "majesty".

For an unbiased impartial determination of the objections without arbitrary conclusions of mootness.

I propose the Judge create her own order regarding recusal.

I propose a minute order for removal of her arbitrary orders to allow an amended complaint be filed through genuine equal access to the Liberty of Due Process of Law and freedom of speech and press of ECF access.

AFFIDAVIT OF SERVICE

I, Kurt Madsen declare under the penalty of perjury of the laws of the United States the facts contained herein are true and correct to the

best of my knowledge, I further declare under the same penalties, I have served the United States Leslie.Gerardo@usdoj.gov and craig.lawrence@usdoj.gov

Since my freedom is to equal ECF access is still abridged the following were also emailed in an attempt to have "approval" of "Let this be Filed" which is very arbitrary and irritating

Judge_Jackson@dcd.uscourts.gov, ECF_login@dcd.uscourts.gov, Reggie_Johnson@dcd.uscourts.gov, Tiffany.Gough@dcd.uscourts.gov

Submitted July 10, 2015 July 15th

Kurt Madsen

Madsen.appellant@gmail.com

UncleSamsCastle@gmail.com

I FURTHER DECLARE I WAS FORCED TO MAIL THIS VIA SNAIL MAIL ON JULY 15, 2015

TO ANGELA CAESAR
C/O JUDGE COLLYER
333 CONSTITUTION AVE
WASHINGTON D.C. 2001

JULY 15, 2015