CLERK'S OFFICE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
U.S. COURTHOUSE
333 CONSTITUTION AVENUE, N.W.
WASHINGTON, DC 20001

# RETURN TO SENDER

1. NO PACKAGE AUTHORIZATION ON FILE
2. CANNOT IDENTIFY-MISSING NAME / INMATE NUMBER
3. INMATES / STAFF DEPARTED INSTITUTION
4. CANNOT IDENTIFY CONTENTS (BUNDLED, WRAPPED, PACKAGED)
5. FEDERAL PRISON – NOT COMMERCIAL BUSINESS
6. BOOKS, NEWSPAPER, MAGAZINE MUST COME DIRECTLY FROM PUBLISHER/BOOKSTORE.
7. CASH, CHECKS, MONEY ORDERS NOT ALLOWED IN INMATE MAIL.
8. INAPPROPRIATE CONTENT (I.E. SUSPECTED GANG PHOTOS, PRISON PHOTOS, NUDITY, ETC).



RECEIVED
Mail Room
AUG 17 2015
Angela D. Caesar, Clerk of Court
District Court, District of Columbia



US POSTAGE ❯❯ PITNEY BOWES
ZIP 20001
02 1W
0001399957  $ 000.48⁵  JUL 20 2015

CLERK'S OFFICE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
U.S. COURTHOUSE
333 CONSTITUTION AVENUE, N.W.
WASHINGTON, DC 20001

OFFICIAL BUSINESS

RECEIVED
Mail Room
AUG 1 4 2015
Angela D. Caesar, Clerk of Court
U.S. District Court, District of C...

Kurt Madsen #345-102
McRae Correctional Institution
P.O. Drawer 55030
McRae Helena, GA 31055

CAMP DISTRICT
MD 207
30 JUL '15
PM 1 L

NIXIE    308    4E    1         09/06/15

RETURN TO SENDER
REFUSED
UNABLE TO FORWARD

BC: 20001280299        *2117-05079-30-44*

ZIP 20001
02 1W
0001399957
US POSTAGE PITNEY BOWES
$ 000.70⁵
JUL 30 2015

RETURN TO SENDER
• Refused
• No authorization on file
• Unknown / need register number
  ...unauthorized

